# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:16-CR-00310 |
| v. | (Judge Brann) |
| EDWIN VAQUIZ, | |
| Defendant. | |

## ORDER

**AND NOW**, this 12th day of July 2018, in accordance with the Memorandum Opinion of this same date, **IT IS HEREBY ORDERED** that Defendant Edwin Vaquiz's Motion to Suppress Evidence (ECF No. 47) is **DENIED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge