## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

v.

EDWIN VAQUIZ,

    Defendant.

No. 4:16-CR-00310

(Judge Brann)

## ORDER

**AND NOW**, this 12th day of July 2018, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant Edwin Vaquiz's Motion in Limine (ECF No. 67) is **GRANTED**; and

2. Subject to the reasoning within the Memorandum Opinion of this same date, the Government is precluded from offering into evidence the following: (1) Defendant's prior history of possessing a firearm; (2) use of the term "Philly bags" when referring to the heroin seized by police during the January 29, 2016 search; (3) allegations that the informant was threatened or attacked at Defendant's behest; and (4) Defendant's prior criminal record, including prior heroin distribution convictions.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge