# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:16-CR-00310 |
| v. | (Judge Brann) |
| EDWIN VAQUIZ, | |
| Defendant. | |

## ORDER

### JUNE 15, 2021

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Vaquiz's 28 U.S.C. § 2255 motion (Doc. 163) is **DENIED**;

2. Vaquiz's motion to compel counsel to provide records to Vaquiz (Doc. 147) is **DENIED**;[1] and

3. The Court declines to issue a certificate of appealability.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge

---

[1] Vaquiz acknowledges that his attorney has provided him with the entire defense file in DVD format, but Vaquiz asserts that his family does not have the means to send those documents to him in paper form, and that he needs those documents for his post-conviction motion. Doc. 147. Because counsel has provided Vaquiz with the defense file, the Court has denied the § 2255 motion, and any further records would not appear germane to Vaquiz's § 2255 motion, the Court will deny Vaquiz's motion to compel.